**UNITED STATES of America Plaintiff-Appellee**

v.

**Tonias M. OVERTON Defendant-Appellant**

No. 16-4221

United States Court of Appeals, Eighth Circuit.

Submitted: May 10, 2017

Filed: May 19, 2017

Justin G. Davids, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

Tonias M. Overton, Pro Se

District Judge for the District of Nebraska.

508

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

PER CURIAM.

Tonias Overton directly appeals the sentence the district court[1] imposed upon revoking his supervised release. His counsel has moved for leave to withdraw and has filed a brief questioning the reasonableness of Overton's revocation sentence.

After careful review of the record, we conclude the district court did not abuse its discretion in sentencing Overton. See United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); see also United States v. Perkins, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (this court reviews entire sentencing record, not merely district court's statements at hearing).

We grant counsel's motion for leave to withdraw and affirm the judgment of the district court.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.